certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick S. Tyler* for the petitioner. *Mr. W. D. Thomson* and *Mr. Harold Hirsh* for the respondent.

---

No. 1039. A. M. WINTERS, PETITIONER, *v.* THE UNITED STATES. April 21, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Carr W. Taylor* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Denison* for the respondent.

---

No. 1045. C. M. SUMMERS, PETITIONER, *v.* THE UNITED STATES. April 28, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Albert Fink, Mr. Louis P. Shackleford, Mr. Aldis B. Browne, Mr. Alexander Britton, Mr. Evans Browne* and *Mr. Kurnel R. Babbitt* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Adkins* for the respondent.

---

No. 1066. WILLIAM MCCOACH, COLLECTOR, ETC., PETITIONER, *v.* D. F. PRATT ET AL., EXECUTORS, ETC. April 28, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the petitioner. No appearance for the respondent.

---

No. 972. FRANCES HARVEY, PETITIONER, *v.* FIDELITY & CASUALTY COMPANY. April 28, 1913. Petition for a